# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE HILL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DOUGLAS R. RANDS, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:20-cv-00684-APG-NJK<br><br>**ORDER RESETTING INMATE EARLY MEDIATION** |

Due to unforeseen circumstances, the inmate early mediation is **CONTINUED** to 1:30 p.m. on December 10, 2021. Should the parties need to supplement their mediation briefs or email address(es) for the mediation, such supplement must be received no later than 4:00 p.m. on November 24, 2021. In addition, the Court extends the stay until December 13, 2021. The status report is also due on December 13, 2021.

Except as stated above, the requirements in the Court's prior order setting the inmate early mediation continue to govern. Docket No. 11.

**IT IS SO ORDERED.**

DATED: Thursday, October 7, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE