1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8    RICKIE HILL

9             Plaintiff,

10   v.

11   DOUGLAS RANDS, et al.,

12            Defendants.

Case No.: 2:20-cv-00684-APG-NJK

**Order**

[Docket No. 15]

13       Pending before the Court is Plaintiff's motion "accepting global settlement conference."

14   Docket No. 15.  Plaintiff is a frequent litigator in this court.  He submits that, during a mediation

15   on another matter, the Honorable Valerie Cooke offered to arrange and conduct a global settlement

16   conference to resolve all his pending cases in this Court.  *Id.*  Defendants submit that they were

17   not a part of that mediation and are unaware of the substance of Plaintiff's discussion.  Docket No.

18   17 at 1.  Despite this, Defendants submit that they would not be opposed to participating in such a

19   conference.  *Id.* at 2.

20       The Court notes that Plaintiff has participated in multiple inmate mediations in civil rights

21   cases which have been unsuccessful.  *See, e.g.,* 3:20-cv-00495-MMD-WGC, 2:20-cv-01655-KJD-

22   DJA.  In fact, the Court vacated the inmate mediation in this matter because his prior participation

23   in mediations has been unsuccessful.  Docket No. 13.  *See also* 2:20-cv-01822-RFB-VCF, Docket

24   No. 14 (same).   The Court thus denies Plaintiff's request for a global settlement conference here.

25   The parties are free to privately discuss settlement if they so choose to do so, but are not required

26   to do so.  Further, if the parties choose to participate in a global settlement conference, they may

27   file a joint request in each case.

28   . . . .

1

Accordingly, Plaintiff's motion for a global settlement conference is hereby **DENIED** without prejudice.  Docket No. 15.

IT IS SO ORDERED.

Dated: December 21, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

2