# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RICKIE HILL

    Plaintiff,

v.

DOUGLAS RANDS, et al.,

    Defendants.

Case No.: 2:20-cv-00684-APG-NJK

**Order**

On February 11, 2022, Plaintiff Rickie Hill filed a request for a meet and confer. Docket No. 26. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 28, 2022

                                                              Nancy J. Koppe
United States Magistrate Judge