AARON D. FORD
  Attorney General
D. RANDALL GILMER, Bar No. 14001
  Chief Deputy Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
LEO T. HENDGES, Bar No. 16034
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov
        dgilmer@ag.nv.gov
        lhendges@ag.nv.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Rickie Hill, | Case No. 2:20-cv-00684-APG-NJK |
|                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Douglas R. Rands; Aaron Ford, | |
|                Defendants. | |
| | Case No. 2:20-cv-01569-RFB-NJK |
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|                Plaintiff, | |
| v. | |
| Ruiz; Leong; C. Shepard, | |
|                Defendants. | |

1

| | |
|---|---|
| Rickie Hill, | Case No. 2:20-cv-01608-KJD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Brandon Marcano; Ruiz, | |
| Defendants. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:20-cv-01655-KJD-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Harper, | |
| Defendant. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:20-cv-01686-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen, | |
| Defendants. | |

1

2

3

4

5

6

7

| Rickie Hill, | Case No. 2:20-cv-01687-RFB-EJY |
|---|---|
| | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Rickie Hill,

               Plaintiff,

v.

Spry; Calvin Johnson; E.A. Thompson; Jesus Ruiz; Torres; Piccinini,

               Defendants.

Case No. 2:20-cv-01687-RFB-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

Marciano; Wuest,

               Defendants.

Case No. 2:20-cv-01717-JAD-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

               Plaintiff,

v.

C. Carmona; Jesus Ruiz,

               Defendants.

Case No. 2:20-cv-01807-GMN-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

3

| | |
|---|---|
| | Case No. 2:20-cv-01822-RFB-VCF |
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson, | |
| Defendants. | |
| | Case No. 2:20-cv-01868-JAD-VCF |
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| Daniel Rhude; Jesus Ruiz, | |
| Defendants. | |
| | Case No. 2:20-cv-02361-JAD-DJA |
| Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| D. Rodriguez, Jr., | |
| Defendant. | |

1

Case No. 2:21-cv-00145-GMN-DJA

2

Rickie Hill,

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

3

                    Plaintiff,

4

v.

5

Juan Lima,

6

                    Defendant.

7

8

Case No. 2:21-cv-00240-RFB-DJA

9

Rickie Hill,

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

10

                    Plaintiff,

11

v.

12

D. Striplin; Allen; Frank Lopez,

13

                    Defendants.

14

15

Case No. 2:21-cv-00997-RFB-DJA

16

Rickie Hill,

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

17

                    Plaintiff,

18

v.

19

Jackson; Nakatani,

20

                    Defendants.

21

22

23

24

25

26

27

28

5

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01002-GMN-DJA |
| | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|      Plaintiff, | |
| v. | |
| Concepcion Rojastro, | |
|      Defendant. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01020-GMN-NJK |
| | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|      Plaintiff, | |
| v. | |
| Amirkhani, | |
|      Defendant. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01027-GMN-NJK |
| | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|      Plaintiff, | |
| v. | |
| Jarret Vandine, | |
|      Defendant. | |

| | | |
|---|---|---|
| 1 | | Case No. 2:21-cv-01061-RFB-DJA |
| 2 | Rickie Hill, | **STIPULATION AND ORDER FOR** |
| 3 | Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| 4 | v. | |
| 5 | William Gittere, | |
| 6 | Defendant. | |
| 7 | | |
| 8 | | Case No. 2:21-cv-01103-GMN-DJA |
| 9 | Rickie Hill, | **STIPULATION AND ORDER FOR** |
| 10 | Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| 11 | v. | |
| 12 | Tasheena Sandoval, | |
| 13 | Defendant. | |
| 14 | | |
| 15 | | Case No. 2:21-cv-01361-APG-DJA |
| 16 | Rickie Hill, | **STIPULATION AND ORDER FOR** |
| 17 | Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| 18 | v. | |
| 19 | Lundgren, | |
| 20 | Defendant. | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|  |  |
|---|---|
| 1 |  | Case No. 2:21-cv-01362-APG-VCF |
| 2 | Rickie Hill, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3 | Plaintiff, |  |
| 4 | v. |  |
| 5 | T. Struck; J. Ruiz; E. Thompson, |  |
| 6 | Defendants. |  |
| 7 |  |  |

Case No. 2:21-cv-01362-APG-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

Plaintiff,

v.

T. Struck; J. Ruiz; E. Thompson,

Defendants.

Case No. 2:21-cv-01371-APG-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

Plaintiff,

v.

J. Pope; Carter; R. Lopez; Valdez,

Defendants.

Case No. 2:21-cv-01375-GMN-VCF

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

Plaintiff,

v.

Keith McKeehan,

Defendant.

8

|  |  |
|---|---|
| Rickie Hill,<br><br>     Plaintiff,<br><br>v.<br><br>Hernandez; A. Flores; Ronald Oliver,<br><br>     Defendants. | Case No. 2:21-cv-01516-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>     Plaintiff,<br><br>v.<br><br>Array, Matos; A. Kaura,<br><br>     Defendants. | Case No. 2:21-cv-01677-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Rickie Hill,<br><br>     Plaintiff,<br><br>v.<br><br>Nichols; Prevost; Collins,<br><br>     Defendants. | Case No. 2:21-cv-01679-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Case No. 2:21-cv-01698-APG-BNW

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

        Plaintiff,

v.

Pryten,

        Defendant.

Case No. 2:21-cv-01700-RFB-BNW

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

        Plaintiff,

v.

R. Meyers; T. Johnson,

        Defendants.

Case No. 2:21-cv-01741-JAD-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

        Plaintiff,

v.

Deborah Striplin; Marilyn Villatoro; B. Yeats,

        Defendants.

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01760-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Michael Stewart; G. Santos; Avila, | |
| Defendants. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01821-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Brooks, | |
| Defendant. | |

| | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01878-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Des Williams, | |
| Defendant. | |

|   | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01888-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Whittaker, | |
| Defendant. | |

|   | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01922-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| A. Lima, | |
| Defendant. | |

|   | |
|---|---|
| Rickie Hill, | Case No. 2:21-cv-01924-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| T. Johnson; R. Meyers; Morenago, | |
| Defendants. | |

| | |
|---|---|
| 1 | |
| 2 | Rickie Hill, |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | Jason Rutledge, |
| 6 | Defendant. |
| 7 | |

Case No. 3:20-cv-00495-ART-CSD

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Case No. 3:20-cv-00548-RFB-CSD

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Rickie Hill,

Plaintiff,

v.

Roop; Oliver; Jesus Ruiz,

Defendants.

IT IS HEREBY STIPULATED by and through the parties, RICKY LEE HILL, and D. Randall Gilmer, Chief Deputy Attorney General, Douglas R. Rands, Senior Deputy Attorney General, and Leo T. Hendges, Deputy Attorney General, on behalf of Defendants in each of the above-referenced cases, all of whom are current or former employees of the Nevada Department of Corrections or, in one instance, an employee of the Office of the Attorney General, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each of case numbers referenced above and attached as Exhibit A hereto, shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

13

1    The Parties, by mutual agreement, have resolved this matter in its entirety and agree that the

2    Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered

3    moot.

4    DATED this 14th of December, 2022.          DATED this 14th Day of December, 2022.

5                                                AARON D. FORD
                                                 Attorney General
6

7

8    By: _____               By: /s/ D. Randall Gilmer on behalf of____
         Ricky Lee Hill, Plaintiff                  D. Randall Gilmer, NV Bar No. 14001
9        In Pro Per                                 Chief Deputy Attorney General
                                                    Douglas R. Rands, NV Bar No. 3572
10                                                  Senior Deputy Attorney General
                                                    Leo T. Hendges, NV Bar No. 16034
11                                                  Deputy Attorney General
                                                 Attorneys for Defendants
12

13

14                                 **ORDER**

15       **IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is

16   directed to close the case.

17       DATED ____December 21_____, 2022.

18

19                                               _____

20                                               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                      14

Index of Exhibits

| Exhibit A | List of cases filed by Rickie Hill |
|-----------|-------------------------------------|

Exhibit A – List of cases filed by Rickie Hill

| Case Number | Defendants | Attorney General Served? |
|---|---|---|
| 2:20-cv-00684-APG-NJK | Douglas R. Rands; Aaron Ford | Yes |
| 2:20-cv-01569-RFB-NJK | Ruiz; Leong; C. Shepard | No |
| 2:20-cv-01608-KJD-EJY | Brandon Marcano; Ruiz | Yes |
| 2:20-cv-01655-KJD-DJA | Harper | Yes |
| 2:20-cv-01686-JAD-DJA | Brandon Marcano; Dwayne Matos; Alexander Deyro; Eric Allen | Yes |
| 2:20-cv-01687-RFB-EJY | Spry; Calvin Johnson; E.A. Thompson; | No |
| 2:20-cv-01717-JAD-DJA | Marciano; Wuest | Yes |
| 2:20-cv-01807-GMN-DJA | C. Carmona; Jesus Ruiz | Yes |
| 2:20-cv-01822-RFB-VCF | Darrell Christian; Marilyn Villatoro; Frank Lopez; Joe Alvarez-Perez; Homer Palalay; Ellsworth Thompson; Dwayne Matos; Jesus Ruiz; Matthew Leong; Calvin Johnson | Yes |
| 2:20-cv-01868-JAD-VCF | Daniel Rhude; Jesus Ruiz | Yes |
| 2:20-cv-02361-JAD-DJA | D. Rodriguez, Jr. | Yes |
| 2:21-cv-00145-GMN-DJA | Juan Lima/Alan Lima | Yes |
| 2:21-cv-00240-RFB-DJA | D. Striplin; Allen; Frank Lopez | No |
| 2:21-cv-00997-RFB-DJA | Jackson; Nakatani | No |
| 2:21-cv-01002-GMN-DJA | Concepcion Rojastro | Yes |
| 2:21-cv-01020-GMN-NJK | Amirkhani | No |
| 2:21-cv-01027-GMN-NJK | Jarret Vandine | Yes |
| 2:21-cv-01061-RFB-DJA | William Gittere | No |
| 2:21-cv-01103-GMN-DJA | Tasheena Sandoval | No |
| 2:21-cv-01361-APG-DJA | Lundgren | Yes |
| 2:21-cv-01362-APG-VCF | T. Struck; J. Ruiz ; E. Thompson | No |
| 2:21-cv-01371-APG-EJY | J. Pope; Carter; R. Lopez; Valdez | Yes |
| 2:21-cv-01375-GMN-VCF | Keith McKeehan | No |
| 2:21-cv-01516-APG-DJA | Hernandez; A. Flores; Ronald Oliver | No |
| 2:21-cv-01677-APG-BNW | Array; Matos; A. Kaura | Yes |
| 2:21-cv-01679-JAD-DJA | Nichols; Prevost; Collins | No |
| 2:21-cv-01698-APG-BNW | Pryten | No |
| 2:21-cv-01700-RFB-BNW | R. Meyers; T. Johnson | No |
| 2:21-cv-01741-JAD-EJY | Deborah Striplin; Marilyn Villatoro; B. Yeats | No |
| 2:21-cv-01760-JAD-EJY | Michael Stewart; G. Santos; Avila | Yes |
| 2:21-cv-01821-GMN-NJK | Brooks | No |
| 2:21-cv-01878-GMN-NJK | Des Williams | Yes |
| 2:21-cv-01888-GMN-NJK | Whittaker | No |
| 2:21-cv-01922-RFB-DJA | Hernandez; A. Flores; Ronald Oliver | Yes |
| 2:21-cv-01924-APG-VCF | T. Johnson; R. Meyers; Morenago | Yes |
| 3:20-cv-00495- ART -CSD | Jason Rutledge | Yes |
| 3:20-cv-00548-RFB-CSD | Roop; Oliver; Jesus Ruiz | No |