**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

IN RE RICKIE HILL CASES

2:20-cv-00684-APG-NJK
2:20-cv-01655-KJD-DJA

**Order setting briefing schedule for emergency motions**

Before the Court are Plaintiff Rickie Hill's emergency motions regarding the terms of the global settlement resolving his 37 prisoner-litigation civil-rights matters. (2:20-cv-00684-APG-NJK at ECF Nos. 45, 46, 47); (2:20-cv-01655-KJD-DJA at ECF No. 33). In his emergency motions to enforce settlement, Hill asserts that the prison did not give him a signed copy of the settlement, is stalling his agreed-upon transfer to give other inmates an opportunity to kill him, gave him used shoes, gave him a used shirt of the wrong color, and gave him a used hot pot instead of a new one. (2:20-cv-00684-APG-NJK at ECF No. 45); (2:20-cv-01655-KJD-DJA at ECF No. 33). Hill then filed two emergency motions to intervene. (2:20-cv-00684-APG-NJK at ECF Nos. 46, 47). In those, he asserts that other inmates are poisoning his food and that the prison is requiring him to roll up his items too early before his transfer, which Hill speculates is a ploy to break his items before he leaves. (*Id.*).

**IT IS THEREFORE ORDERED** that Defendants shall file a response to Hill's motions including a status report of Hill's pending transfer—with the portions regarding the transfer filed under seal or in camera in compliance with LR IA 10-4 or LR IA 10-5 if necessary—by **February 13, 2023.**

DATED: February 8, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE