# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Rickie Hill,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Douglas R. Rands and Aaron Ford,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00684-APG-NJK<br><br>**Order** |

　　　Before the Court is Plaintiff's motion for an order to show cause. (ECF No. 65). Plaintiff was transferred out of the Nevada Department of Corrections' (NDOC) custody and into the custody of the Virginia Department of Corrections as part of a settlement. Plaintiff asserts that, since his transfer, he has not received all of his property and medications. He asks the Court to enter an order to show cause requiring NDOC to explain where his property is. No party responded to Plaintiff's motion, constituting their consent to the granting of it. *See* LR 7-2(d). The Court will thus grant Plaintiff's request for clarity regarding his property, but will deny Plaintiff's request for a show cause order. Instead, the Court will order Defendants to file a status report regarding their mailing of Plaintiff's property.

　　　**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 65) is **granted in part and denied in part.** Defendants shall file a status report regarding the mailing of Plaintiff's property on or before **June 13, 2023.**

DATED: May 23, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE