UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rickie Hill, | Case No.: 2:20-cv-00684-APG-NJK |
| Plaintiff | **Order Denying Motion to Intervene** |
| v. | [ECF No. 71] |
| Douglas R. Rands, et al., | |
| Defendants | |

Plaintiff Rickie Hill filed a motion requesting that I order the Virginia Department of Corrections to parole or pardon him. ECF No. 71.  I have no jurisdiction to do so.

This case was closed in December 2022 after the parties entered into a settlement and stipulation to dismiss the case with prejudice. ECF No. 44.  I did not retain jurisdiction to resolve any later disputes, and the issues Hill raises now have nothing to do with the issues resolved in this case.  Therefore, I have no authority to address the issues he now raises in his motion. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 380 (1994).  In addition, Hill does not show, nor am I aware, how I can exercise jurisdiction over an agency of the State of Virginia.  Therefore, I must deny Hill's motion.

Despite the fact that this case has been closed since December 2022, Hill continues to file motions in this case.  If Hill wishes to assert new claims in Nevada, he must file a new lawsuit because this case is closed.  I warn Hill that if he files any new papers in this case, I may enter sanctions against him.

/ / / /

/ / / /

I THEREFORE ORDER that plaintiff Hill's motion **(ECF No. 71) is DENIED**.

Dated: June 23, 2024

_____
U.S. District Judge Andrew P. Gordon